IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHNNY LEE REED, 31011-077, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:05-CV-1370-K |
| ) | |
| WARDEN DAN JOSLIN, ) | |
| Respondent. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this _____ day of _____ 2005.

ED KINKEADE
UNITED STATES DISTRICT JUDGE